lant has cited no authority, and our own research has produced no case which would support the contention that a property owner is entitled to have a property assessed at a rate comparable to what has been done in the instances of a few properties out of a total of more than 30,000 properties."

We are unable to see, under the facts of this case, wherein the court below can justly be said to have erred.

Order affirmed.

## Tripp Estate.

Argued November 16, 1960. Before JONES, C. J., BELL, MUSMANNO, JONES, COHEN, BOK and EAGEN, JJ.

*James Lenahan Brown*, with him *Joseph B. Farrell, Robert J. Hourigan*, and *Flood, Brown, Hourigan & Farrell*, for appellant.

*Ivo V. Giannini*, with him *Donald O. Coughlin*, and *Arthur L. Piccone*, for appellee.

OPINION PER CURIAM, January 4, 1961:
Deree affirmed. Costs on appellant.